33 So.2d 275

**Oscar CRAWFORD v. STATE.**

**6 Div. 498.**

Court of Appeals of Alabama.

Dec. 16, 1947.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.

Affirmed.

29 So.2d 895

**Ella Mae CREWS, alias Jackson v. STATE.**

**4 Div. 974.**

Court of Appeals of Alabama.

Nov. 12, 1946.

Wm. N. McQueen, Atty. Gen., for the State.

HARWOOD, Judge.

Affirmed.

35 So.2d 919

**Howard CROWELL v. STATE.**

**6 Div. 603.**

Court of Appeals of Alabama.

April 27, 1948.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.

Affirmed.

32 So.2d 177

**Leroy DALLAS v. STATE.**

**7 Div. 885.**

Court of Appeals of Alabama.

June 10, 1947.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.

Affirmed.

33 So.2d 275

**Coy DANIELS v. STATE.**

**4 Div. 35.**

Court of Appeals of Alabama.

Nov. 18, 1947.

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.

Affirmed.

33 So.2d 275

**Clarence DAVIS v. STATE.**

**2 Div. 761.**

Court of Appeals of Alabama.

Nov. 4, 1947.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.

Affirmed.